**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| GORDON PEKRUL,            )<br>                           )<br>     Petitioner,         )<br>                           )<br>vs.                        )<br>                           )<br>                           )<br>PAUL K. CHARLTON,          )<br>                           )<br>     Respondent.          )<br>_____) | No. CV 05-4011-PHX-JAT<br><br>**ORDER** |

     Pending before the Court is Defendant Paul K. Charlton's Motion to Dismiss (Doc. # 2). For the reasons set forth in Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss (Doc. # 3) and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (Doc. # 5), the Court finds that it lacks jurisdiction as to Plaintiff's Freedom of Information Act claim and that Plaintiff fails to state a claim upon which relief can be granted as to the mandamus claim.

     Accordingly,

     **IT IS ORDERED** that Paul K. Charlton's Motion to Dismiss (Doc. # 2) is **GRANTED**;

///

///

///

1

2    **IT IS FURTHER ORDERED** that  that the Clerk of Court shall enter judgment
3  dismissing this case.

4    DATED this 9th day of May, 2006.

5

6

7    _____
     James A. Teilborg
8    United States District Judge